[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-15272
Non-Argument Calendar
_____

D.C. Docket No. 1:11-cr-00041-SPM-GRJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERIC PAUL SANDBERG,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(June 27, 2013)

Before MARCUS, JORDAN and KRAVITCH, Circuit Judges

PER CURIAM:

Chet Kaufman, appointed counsel for Eric Paul Sandberg in this direct

criminal appeal, has moved to withdraw from further representation of the appellant

and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that

counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sandberg's conviction and sentence are **AFFIRMED**.